# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **Motown Record Company, L.P. et al,**        ) | |
|                                                                    ) | |
| **Plaintiffs,**                               ) | Case No.  2:06cv2229-Ml |
| **v.**                                                          ) | |
|                                                                    ) | |
| **Stephanie Bursey**                      ) | |
|                                                                    ) | |
| **Defendant.**                              ) | |

_____

**ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT**
_____

Upon the Motion for Entry of Default, entered on July 10, 2006, entry of **DEFAULT IS HEREBY GRANTED** against the defendant, Stephanie Bursey pursuant to FRCP 55(a).

It appearing from the records in this action that Summons has been served upon Defendant Stephanie Bursey, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Stephanie Bursey has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Stephanie Bursey hereby is entered.  In accordance to Rule 55c for good cause shown, the court may set aside an entry of default.

Entered this 10th day of July, 2006.

Thomas M. Gould, Clerk of Court

By:_____s/Judy Easley_____

Deputy Clerk